Name Shemia Gregory
Street Address 8127 Mariners Drive apt 301
City and County Stockton
State and Zip Code Ca, 95219
Telephone Number 209-290-8383

FILED
SEP 28 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Shemia Gregory

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Firstpoint Collection resources Inc

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:23-cv-02128-DJC-JDP
*(to be filled in by the Clerk's Office)* (PS)

Jury Trial: ☐ Yes ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shemia Gregory |
| Street Address | 8127 Mariners Dr apt 301 |
| City and County | Stockton |
| State and Zip Code | Ca, 95219 |
| Telephone Number | 209-290-8383 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Firstpoint collections Resources Inc |
| Job or Title (if known) | |
| Street Address | 330 N Brand Blvd |
| City and County | Glendale |
| State and Zip Code | CA, 91203 |
| Telephone Number | 1800-678-4580 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

Name ____________________
Job or Title (if known) ____________________
Street Address ____________________
City and County ____________________
State and Zip Code ____________________
Telephone Number ____________________

Defendant No. 4

Name ____________________
Job or Title (if known) ____________________
Street Address ____________________
City and County ____________________
State and Zip Code ____________________
Telephone Number ____________________

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S.C 1681 (P) and 28 U.S.C 1331 Venue is proper in this judicial district pursuant to 28 USC 1391 (B) Because a substantial part

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ________________________, is a citizen of the State of *(name)* ________________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________________, is incorporated under the laws of the State of *(name)* ________________________, and has its principal place of business in the State of *(name)* ________________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________________________, is a citizen of the State of *(name)* ________________________. *Or* is a citizen of *(foreign nation)* ________________________.

b. If the defendant is a corporation

The defendant, *(name)* Firstpoint collection resources, Inc, is incorporated under the laws of the State of *(name)* California, and has its principal place of business in the State of *(name)* North Carolina. *Or* is incorporated under the laws of *(foreign nation)* ____________, and has its principal place of business in *(name)* ____________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On or about 09-17-23, Plaintiff reviewed my Transunion consumer report. In the report Plaintiff observed an unauthorized inquiry from Defendent Firstpoint collection resources, Inc. Defendent unauthorized inquiry was made Feb-17-23 see Exhibit A (report # 419478943)

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff's injury is directly traceable to Defendant's conduct because if it werent for the defendants conduct. Plaintiff would have not been deprived of my rights and would not have been subject to the emotional distress, anxiety worry and invasion of privacy caused by the defendants actions

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-28, 2023

Signature of Plaintiff [signature]

Printed Name of Plaintiff Shemid Gregory

Contiune (A) - of the event omissions, or conduct giving rise to plaintiff claim to occurred in this judicial district. Defendant transact business in Stockton, Ca

Contiune III Statement of Claim - Plaintiff never initiated a consumer credit transaction with defendant nor had an account with the defendant.

Plaintiff never entered into a contract with defendant

Plaintiff never gave any consent to defendant to access her (my) consumer report.

Plaintiff has the interest and right to be free from deceptive, misleading collection efforts.

Plaintiff injury is "particularized" and actual in that the plaintiff suffered emotional distress from the defendant unauthorized access to my consumer report.

→ continue

continue III

Statement of Claim- Plaintiff's injury is particularized and actual in that the plaintiff has suffered an invasion of her privacy This intrusion into the plaintiff's Personal information has caused a feeling of vulnerability, worry and anxiety which lead to sleeplessness and headaches

Shemia Gregory
9-28-23

| Location | Requested On | Phone |
|---|---|---|
| 4050 E COTTON CENTER BLVD BLDG 2 SUITE 20 PHOENIX, AZ 85040 | 05/01/2023 | (602) 267-0128 |

**AMERICAN EXPRESS**

| Location | Requested On | Phone |
|---|---|---|
| P O BOX 2000 CHESTER, PA 19016 | 02/26/2023, 09/21/2022 | (800) 916-8800 |

**ABSOLUTE RESOLUTIONS INVE**

| Location | Requested On | Phone |
|---|---|---|
| 8000 NORMAN CENTER DR 350 BLOOMINGTON, MN 55437 | 02/23/2023 | (866) 578-6167 |

**UNREGISTERED via FIRST POINT COLLECTION**

EX A

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 26140 GREENSBORO, NC 27401 | 02/17/2023 | (800) 288-7408 |

**UPGRADE**

| Location | Requested On | Phone |
|---|---|---|
| 275 BATTERY ST SUITE 2300 SAN FRANCISCO, CA 94111 | 01/03/2023 | (855) 997-3100 |

**AARONS INC.**

| Location | Requested On | Phone |
|---|---|---|
| 400 GALLERIA PKWY SE SUITE 300 ATLANTA, GA 30339 | 11/15/2022 | (877) 607-9999 |

**SEARCH ROI LLC**

| Location | Requested On | Phone |
|---|---|---|
| 8900 STATE LINE ROAD SUITE 200 LEAWOOD, KS 66206 | 11/09/2022 | (913) 766-5600 |

**UPGRADE**

| Location | Requested On | Phone |
|---|---|---|
| 275 BATTERY ST SUITE 2300 SAN FRANCISCO, CA 94111 | 11/09/2022, 04/29/2022, 03/18/2022, 02/22/2022 | (855) 997-3100 |

**MONEVO INC**

| Location | Requested On | Phone |
|---|---|---|
| 629 NORTH HIGH STREET SUITE 300<br>COLUMBUS, OH 43215 | 07/17/2023, 12/26/2022 | (844) 552-7621 |

**CONSUMERINFO via CONSUMER INFO.COM**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 2390<br>ALLEN, TX 75013 | 06/30/2023 | (877) 481-6826 |

**CONSUMERINFO.COM**

| Location | Requested On | Phone |
|---|---|---|
| 475 ANTON BLVD<br>COSTA MESA, CA 92626 | 06/07/2023, 06/05/2023, 05/31/2023, 04/07/2023, 03/30/2023, 02/28/2023, 02/26/2023, 02/23/2023, 02/17/2023, 02/15/2023, 02/12/2023, 02/09/2023, 02/07/2023, 02/05/2023, 02/03/2023, 02/01/2023, 01/29/2023, 01/20/2023, 01/18/2023, 01/10/2023, 11/15/2022 | (888) 397-3742 |

**TD AMERITRADE**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 280<br>OMAHA, NE 68103 | 05/26/2023, 09/09/2022, 05/23/2022 | (800) 454-9272 |

**TD AMERITRADE**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 280<br>OMAHA, NE 68103 | 05/24/2023, 09/05/2022, 05/20/2022 | (800) 454-9272 |

**VERIFACTS LLC**

| Location | Requested On | Phone |
|---|---|---|
| 1980 INDUSTRIAL DRIVE<br>STERLING, IL 61081 | 05/23/2023 | (800) 542-7434 |

**OPORTUN INCPROGRESO FIN**

| Location | Requested On | Phone |
|---|---|---|
| 1600 SEAPORT BLVD<br>SUITE 250<br>REDWOOD CITY, CA 94063 | 05/18/2023 | (866) 488-6090 |

**CAVALRY PORTFOLIO SERVICE**